UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AMY GILMAN, on behalf of herself and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>ELECTRONIC RECYCLERS INTERNATIONAL, INC.,<br><br>Defendant. | No. 1:19-cv-01112-DAD-EPG<br><br><br>ORDER GRANTING DEFENDANT'S MOTION AS UNOPPOSED<br><br>(Doc. No. 5) |

On August 26, 2019, defendant Electronic Recyclers International, Inc. filed a motion to compel arbitration and to dismiss this action. (Doc. No. 5.) The motion is set for hearing on October 16, 2019. (Doc. No. 6.) However, on October 1, 2019, counsel for plaintiff Amy Gilman filed a statement of non-opposition to defendant's motion pursuant to Local Rule 230(c), stating that plaintiff did not oppose defendant's motion to compel arbitration and to dismiss the action. (Doc. Nos. 8, 9.)

Pursuant to Federal Rule of Civil Procedure 78(b) and Local Rule 230(g), the court deems the motion to compel arbitration and to dismiss the action suitable for decision without argument and hereby vacates the October 16, 2019 hearing on the motion. Having considered the parties'

/////

/////

1

briefing, and good cause appearing, defendant's motion to compel arbitration (Doc. No. 5) will be granted as unopposed.

IT IS SO ORDERED.

Dated: **October 3, 2019**

*Dale A. Drozd*
UNITED STATES DISTRICT JUDGE