# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AMY GILMAN,<br><br>       Plaintiff,<br><br>v.<br><br>ELECTRONIC RECYCLERS INTERNATIONAL, INC.,<br><br>       Defendant. | Case No. 1:19-cv-01112-DAD-EPG<br><br>ORDER RE: STIPULATED REQUEST FOR DISMISSAL OF ENTIRE ACTION WITH PREJUDICE<br><br>(ECF No. 12) |

Plaintiff, Amy Gilman, and Defendant, Electronic Recyclers International, Inc., have filed a stipulation to dismiss the entire action with prejudice (ECF No. 12). In light of the stipulation, the case has ended and is dismissed with prejudice. *See* Fed. R. Civ. P. 41(a)(1)(A); *Wilson v. City of San Jose*, 111 F.3d 688, 692 (9th Cir. 1997). Accordingly, the Clerk of the Court is respectfully directed to close this case.

IT IS SO ORDERED.

Dated: **October 21, 2019**

/s/ *Erica P. Grosjean*
UNITED STATES MAGISTRATE JUDGE